ANNE M. COLLITON, as Administratrix of the Estate of JOHN M. COLLITON, Deceased, Respondent, *v.* UNITED SHIPYARDS, INC., Appellant.

Argued May 22, 1939; decided June 19, 1939.

*Clarence S. Zipp, William S. O'Connor* and *Daniel Miner* for appellant.

*Joseph P. Walsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.